Sean P. Conboy, No. 214487
Joseph A. Kaufman, No. 228319
Michael P. Sweeney, No. 220462
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 W. 5th St., 51st Floor
Los Angeles, CA  90071
Telephone:   213.833.4500
Facsimile:     213.833.4555
Email:           jkaufman@cbmlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RUPAY and ANA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and DOE 1 through DOE 10, inclusive,<br><br>Defendants. | No.  CV 12-4478-GW(FFMx)<br><br>District Judge:  George H. Wu<br>Magistrate Judge: Frederick F. Mumm<br><br>**JUDGMENT GRANTING DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:       April 16, 2013 |

The hearing on Defendant Volkswagen Group of America, Inc.'s ("VWGoA") Motion For Summary Judgment of Plaintiff Elmer Rupay's and Plaintiff Ana Rodriguez' entire Complaint, was heard on November 8, 2012 and a further hearing held on December 17, 2012, in Courtroom 10 of the above-entitled Court.  At both hearings, Erika Kavicky appeared on behalf of Plaintiffs Elmer Rupay and Ana Rodriguez and Joseph A. Kaufman appeared on behalf of Defendant VWGoA.

Having read and considered the papers submitted in support of and in opposition to VWGoA's Motion, and the supplemental briefing regarding issues raised therein, and having heard the arguments of counsel, the Court finds that VWGoA met its initial burden under F.R.C.P. 56 of presenting evidence that

CBM-LA\LA111983

1    Plaintiffs cannot establish an essential element of their claims for breach of express
2    and implied warranties under the Song-Beverly Consumer Warranty Act.
3    (VWGoA's Separate Statement of Uncontroverted Facts and Conclusions of Law,
4    Nos. 1 through 13.)  Therefore, the burden of proof shifted to Plaintiffs to present
5    evidence creating a triable issue of fact.  Plaintiffs failed to present evidence
6    sufficient to create a triable issue of fact as the evidence establishes VWGoA
7    offered to repurchase or replace the subject vehicle pursuant to the Song-Beverly
8    Act.  VWGoA is entitled to judgment as a matter of law as to Plaintiffs' entire
9    Complaint and the claims therein for breach of warranty under the Song-Beverly
10   Act.  The tentative rulings attached hereto are now the final rulings of the Court.

11          Therefore, having considered all of the evidence presented, having
12   considered all objections asserted, and basing its ruling only on relevant and
13   admissible evidence, the Court hereby **GRANTS** summary judgment in favor of
14   VWGoA, and **ORDERS** that Judgment be entered in VWGoA's favor as to
15   Plaintiffs' entire Complaint.  Defendant VWGoA will be awarded its costs, to be
16   determined, and that Plaintiffs' claims be and hereby are **DISMISSED**.

Dated:  January 17, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE